1   Tanya E. Moore, SBN 206683
    MOORE LAW FIRM, P.C.
2   332 North Second Street
    San Jose, California  95112
3   Telephone (408) 298-2000
    Facsimile (408) 298-6046
4

5   Attorneys for Plaintiff
    Natividad Gutierrez
6

7

8

9
                    **UNITED STATES DISTRICT COURT**

10                  **EASTERN DISTRICT OF CALIFORNIA**

11  NATIVIDAD GUTIERREZ,                )   No.  1:10-CV-02327-AWI-GSA
                                        )
12              Plaintiff,              )   **NOTICE OF VOLUNTARY DISMISSAL**
                                        )   **OF ACTION; ORDER**
13          vs.                         )
                                        )
14  EL TORO TORTILLERIA, LLC, et al.,   )
                                        )
15              Defendants.             )
                                        )
16                                      )
                                        )
17  _____  )

18          WHEREAS, no Defendant has served an answer in this matter nor filed a motion for

19  summary judgment;

20          WHEREAS, Plaintiff and all Defendants have settled the matter;

21          WHEREAS, no counterclaim has been filed in this action;

22          Plaintiff hereby respectfully requests that this action be dismissed with prejudice

23  pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

24

25   Date: March 31, 2011                    MOORE LAW FIRM, P.C.

26

27                                           /s/Tanya E. Moore_____
                                             Tanya E. Moore
28                                           Attorneys for Plaintiff

*Gutierrez v. El Toro Tortilleria, LLC, et al.*
Notice of Voluntary Dismissal; Order
                                    Page 1

1

**ORDER**

2          Good cause appearing, the Clerk of the Court is DIRECTED to close this action.

3

4

5     IT IS SO ORDERED.

6     Dated:   March 31, 2011          _____

7                                       CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28